Jeffrey D. Janoff – SBN 107066
JANOFF LAW
A Professional Corporation
1570 The Alameda, Suite 221
San Jose, California 95126
Tel: (408) 286-2300
Fax: (408) 286-2303
Email: jdj@janofflaw.com

Attorneys for Plaintiffs
ULISES RAMIREZ and ADRIANA RAMIREZ

Renée Welze Livingston – SBN 124280
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ULISES RAMIREZ and ADRIANA RAMIREZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 to 40,<br><br>    Defendants. | Case No. 5:19-cv-01956-NC<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER**<br><br>[Santa Clara County Superior Court Case No. 19CV343726] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs ULISES RAMIREZ and ADRIANA RAMIREZ and defendant TARGET CORPORATION, by and through their undersigned counsel, hereby stipulate to dismissal of plaintiffs' claims against TARGET and this action with prejudice.

---

*Ramirez v. Target Corporation,* Case No. 5:19-cv-01956-NC
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
-1-

| | | |
|---|---|---|
| Dated: December 19, 2019 | | JANOFF LAW |

By */s/ Jeffrey D. Janoff*
Jeffrey D. Janoff
Attorneys for Plaintiffs
ULISES RAMIREZ and
ADRIANA RAMIREZ

Dated: December 19, 2019            LIVINGSTON LAW FIRM

By */s/ Renée Welze Livingston*
Renée Welze Livingston
Attorneys for Defendant
TARGET CORPORATION

## **ORDER**

PURSUANT TO THE ABOVE STIPULATION OF THE PARTIES, IT IS ORDERED that the above-captioned action of plaintiffs ULISES RAMIREZ and ADRIANA RAMIREZ against defendant TARGET CORPORATION is dismissed with prejudice.

Dated: December 19, 2019

Nathanael M. Cousins
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins